UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERG AEROSPACE CORPORATION, | CASE NO. 13-2973 JSW |
| Plaintiff, | [proposed] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim-Plaintiff, | |
| v. | |
| ERG AEROSPACE CORPORATION, ENERGY RESEARCH & GENERATION, INC., individually, and d/b/a ERG MATERIALS & AEROSPACE CORP., | |
| Counterclaim-Defendants. | |

Pursuant to the parties' stipulation, IT IS ORDERED THAT the case management conference is continued to January 17, 2014, at 1:30 pm.

IT IS SO ORDERED.

Dated November 5, 2013

JEFFREY S. WHITE
U.S. DISTRICT JUDGE