IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERG AEROSPACE CORPORATION,

    Plaintiff,                       No. C 13-02973 JSW

  v.

UNITED STATES OF AMERICA,        **ORDER DENYING MOTION AND REFERRING DISCOVERY TO MAGISTRATE JUDGE**

    Defendant.
_____/

        The application for leave to file a motion to compel dated February 25, 2014 is DENIED. However, pursuant to Local Rule 72-1, the issue regarding the responses to the government's First Set of Requests for Documents and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions -- General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant

to that Judge's procedures.

**IT IS SO ORDERED.**

Dated:   February 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk