1

2

UNITED STATES DISTRICT COURT

3

NORTHERN DISTRICT OF CALIFORNIA

4

SAN FRANCISCO DIVISION

5

6

7 | ERG AEROSPACE CORPORATION,    )   CASE NO. 13-2973 JSW

    )

8     Plaintiff,    )   [proposed] ORDER

    )

9   v.    )

    )

10 | UNITED STATES OF AMERICA,    )

    )

11     Defendant.    )

_____)

12 | UNITED STATES OF AMERICA,    )

    )

13     Counterclaim-Plaintiff,    )

    )

14   v.    )

    )

15 | ERG AEROSPACE CORPORATION,    )

ENERGY RESEARCH & GENERATION,    )

16 | INC., individually, and d/b/a ERG    )

MATERIALS & AEROSPACE CORP.,    )

17     )

    )

18     Counterclaim-Defendants.    )

_____)

19

20     Pursuant to the parties' stipulation, IT IS ORDERED THAT plaintiff shall produce the discovery

21 in their possession related to Case No. 12-480-YGR to defendant's counsel on March 25, 2014, after

22 removing all attorney-client communications from those records.

23     IT IS SO ORDERED.

24

Dated March 24, 2014

25     _____

JEFFREY S. WHITE

26     U.S. DISTRICT JUDGE

27

28