IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERG AEROSPACE CORPORATION, | |
| Plaintiff, | No. C 13-02973 JSW |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER OF PRODUCTION** |
| Defendant. | |

The Court has received records produced in response to a subpoena issued by Defendant and HEREBY ORDERS that they be produced to Defendant. Defendant may contact the Court's chambers to arrange for delivery of the documents.

**IT IS SO ORDERED.**

Dated: April 1, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 3:13-cv-02973-VC   Document 32   Filed 04/01/14   Page 2 of 2