1  JEFFREY B. SETNESS, CA Bar No. 96773
     jsetness@fabianlaw.com
2  **FABIAN & CLENDENIN, P.C.**
    10655 Park Run Dr.
3  Suite 130
    Las Vegas, Nevada 89144
4  Telephone:  (702) 233-4444
    Facsimile:   (702) 998-1503
5
    Incoming Attorney for Plaintiff ERG Aerospace
6  Corporation

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| ERG AEROSPACE CORPORATION, | ) Case No. 3:13-cv-2973 VC |
|---|---|
| Plaintiff, | ) **STIPULATION TO SUBSTITUTE** |
| vs. | ) **ATTORNEYS AND [PROPOSED] COURT** |
| | ) **ORDER (LOCAL CIVIL RULE 7-12)** |
| UNITED STATES OF AMERICA, | ) AS MODIFIED |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) JUDGE: HON. VINCE CHHABRIA |
| Counterclaim-Plaintiff, | ) |
| vs. | ) |
| ERG AEROSPACE, ENERGY RESEARCH & GENERATION, INC., individually, and d/b/a ERG MATERIALS & AEROSPACE CORP., | ) |
| Counterclaim-Defendants. | ) |

SUBSTITUTION OF ATTORNEYS
Case No. 3:13-cv-2973 VC

4828-9891-9195.1

In accordance with Rule 7-12 of the United States District Court, Northern District of California, Civil Local Rules, Jeffrey B. Setness, Esq. of the law firm FABIAN & CLENDENIN, P.C., hereby files this Stipulation to Substitute Attorneys and Proposed Order:

Plaintiff and Counterclaim Defendants ERG AEROSPACE CORPORATION and/or ENERGY RESEARCH & GENERATION, INC. hereby nominate and appoint Jeffrey B. Setness, Esq. of the law firm FABIAN & CLENDENIN, P.C., to represent them in the above-entitled action, in place and instead of Thomas F. Carlucci, Esq. and Mark Thomas Schieble, Esq. of the law firm of FOLEY & LARDNER, LLP.

Dated this ___11___ day of June, 2014.

ERG AEROSPACE CORPORATION
ENERGY RESEARCH & GENERATION, INC.

BY: BRYAN LEYDA

We agree to the substitution of Jeffrey B. Setness, Esq. of the law firm FABIAN & CLENDENIN, P.C. to represent Plaintiff and Counterclaim Defendants ERG AEROSPACE CORPORATION and/or ENERGY RESEARCH & GENERATION, INC. in the above-entitled action, in our place and stead.

Dated this ___12___ day of June, 2014.

THOMAS F. CARLUCCI, ESQ.
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, California 94104

MARK THOMAS SCHIEBLE, ESQ.
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, California 94104

STIPULATION TO SUBSTITUTE ATTORNEYS - 2

1 | I hereby agree to accept this substitution to represent Plaintiff and Counterclaim Defendants
2 | ERG AEROSPACE CORPORATION and/or ENERGY RESEARCH & GENERATION, INC. in
3 | the above-entitled action.
4 | Dated this ///7⎯ day of June, 2014.

JEFFREY B. SETNESS, ESQ.
Fabian & Clendenin, P.C.
10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89144

### ORDER

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

~~DATED this _____ day of June, 2014~~
~~JACQUELINE SCOTT CORLEY~~
~~UNITED STATES MAGISTRATE JUDGE~~

*See page 4 for modified order.

STIPULATION TO SUBSTITUTE ATTORNEYS - 3

## **ORDER AS MODIFIED**

The Motion to Withdraw as Counsel is denied as moot. The Court orders the parties to appear for a Case Management Conference on June 19, 2014, at 1:30 p.m. The parties must meet and confer prior to Thursday and be prepared to propose a trial management schedule at the Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 17, 2014

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

-1-

Case No. 3:13-cv-2973 VC

4828-9891-9195.1