MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division

THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-6888
  Fax:        (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERG AEROSPACE CORPORATION, | CASE NO. 13-2973 VC |
| Plaintiff, | STIPULATION AND [~~proposed~~] ORDER RE: CHECKS |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim-Plaintiff, | |
| v. | |
| ERG AEROSPACE CORPORATION, ENERGY RESEARCH & GENERATION, INC., individually, and d/b/a ERG MATERIALS & AEROSPACE CORP., | |
| Counterclaim-Defendants. | |

THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, STIPULATE AS FOLLOWS:

    1.    The entity conducting business at 900 Stanford Avenue, Oakland, CA, and, at various times, known as Energy Research & Generation, Inc., ERG Aerospace, and/or ERG Materials & Aerospace currently has certain checks located in the company safe.

1

2. The checks currently located in the safe total $321,351.00 and are identified as follows:

    a. Mechanics Bank Official Check No. 2008121899 dated July 23, 2013 made payable to ERG Aerospace Corp in the amount of $50,000.00.

    b. Mechanics Bank Official Check No. 2008121898 dated July 23, 2013 made payable to ERG Aerospace Corp in the amount of $50,000.00.

    c. Mechanics Bank Official Check No. 2008132622 dated December 31, 2013 made payable to ERG Aerospace Corp in the amount of $50,000.00.

    d. Mechanics Bank Official Check No. 2008134407 dated January 30, 2014 made payable to ERG Aerospace Corp in the amount of $50,000.00.

    e. Mechanics Bank Official Check No. 2008134408 dated January 30, 2014 made payable to ERG Aerospace Corp in the amount of $50,000.00.

    f. Mechanics Bank Official Check No. 2008139929 dated April 23, 2014 made payable to ERG Aerospace Corp in the amount of $20,000.00.

    g. Bank of America Cashier's Check No. 0847701444 dated May 6, 2014 made payable to ERG Aerospace Corp in the amount of $22,400.00.

    h. Bank of America Cashier's Check No. 0847701445 dated May 6, 2014 made payable to ERG Aerospace Corp in the amount of $22,400.00.

    i. Tetac Incorporated Check No. 5063 dated October 8, 2012 made payable to ERG Aerospace Corp in the amount of $2,971.00.

    j. Tetac Incorporated Check No. 5069 dated November 12, 2012 made payable to ERG Aerospace Corp in the amount of $1,080.00.

    k. Tetac Incorporated Check No. 5098 dated May 14, 2013 made payable to ERG Aerospace Corp in the amount of $2,500.00.

3. Each of the parties to this stipulation expressly reserve their rights to assert in a court proceeding that they are the entitled to all or a portion of these funds and that all or a portion of these funds should be released pursuant to Court Order.

4. Without making any admissions or concessions and reserving all of their rights, the Parties have agreed to place these funds in the possession of the Court pending a determination by the Court who is entitled to these funds.

5. For the purpose of only ensuring that said funds are placed within the possession of the Court pending a determination of who is entitled to said funds, Plaintiff and Counterclaim Defendants agree to surrender the original paper checks referred to in Paragraph 2, above, to an IRS employee designated by Defendant's counsel. The IRS employee will retrieve the checks from an employee of the business located at 900 Stanford Avenue, Oakland, California.

6. Thereafter, the checks will remain in the custody of the designee of Defendant's counsel for a period of no more than 7 days. Thereafter, the parties agree that the checks shall be made payable by the payee to the U.S. District Court for the Northern District of California and deposited into the Court's registry into an interest bearing account.

7. The proceeds from the checks will only be disbursed from the Court's registry pursuant to Court Order. The parties agree that the proceeds will remain in the Court's registry and associated with a Petition that will be filed. That Petition will be filed and served on all parties that claim to have a right to the proceeds of the checks and disbursement of any funds by the court will be decided in that matter.

8. The parties agree that this Stipulation will not be considered an admission by any of the parties and said Stipulation will have no evidentiary value.

DATED: June 23, 2014                         Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney


                                              /s/
                                             THOMAS NEWMAN
                                             Assistant United States Attorney
                                             Tax Division


                                              _/s/__
                                             JEFFREY B. SETNESS
                                             Attorney for Plaintiff and Counterclaim Defendants

3

ORDER

IT IS ORDERED that defendant's counsel, or his designee, shall deliver to the Clerk of the Court for the Northern District of California a check or several checks that were payable to plaintiff, ERG Aerospace, in the total amount of $321,351;

IT IS FURTHER ORDERED that the $321,351 shall be deposited with the registry of the Court by the Clerk of the Court for the Northern District of California in an interest bearing account until further order of the Court;

IT IS SO ORDERED.

DATED: June 27, 2014

_____
THE HONORABLE VINCENT CHHABRIA
United States District Judge

4