UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERG AEROSPACE CORPORATION, | CASE NO. 13-2973 JSW |
| Plaintiff, | ORDER AND JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim-Plaintiff, | |
| v. | |
| ERG AEROSPACE CORPORATION, ENERGY RESEARCH & GENERATION, INC., individually, and d/b/a ERG MATERIALS & AEROSPACE CORP., | |
| Counterclaim-Defendants. | |

**IT IS HEREBY ADJUDGED, DECREED**, and **ORDERED** as follows:

Defendant, ENERGY RESEARCH & GENERATION, INC., owes the following federal taxes related to the tax period specified below:

| Tax Year | Date of Audit Notice | Date of Assessment | Amount owed |
|---|---|---|---|
| 1988 | 07/31/1996 | 10/03/2011 | $1,511,394.72 |
| 1989 | 01/28/1995 | 10/03/2011 | $4,761,570.32 |
| 1990 | 01/18/1995 | 10/03/2011 | $2,778,344.08 |
| 1991 | 12/05/1995 | 10/03/2011 | $6,699,912.03 |
| 1992 | 04/12/1997 | 10/03/2011 | $3,410,512.33 |
| 1993 | 12/05/1994 | 10/03/2011 | $1,947,203.53 |
| 1994 | 09/10/1998 | 10/03/2011 | $1,019,679.34 |
| 1995 | 03/21/1997 | 10/03/2011 | $1,957,519.34 |

1    That Judgment is entered in favor of the United States of America and against ENERGY
2 RESEARCH & GENERATION, INC., in the amount of $24,086,135.69, plus statutory interest from
3 March 25, 2013, until paid.
4    **THUS DONE AND SIGNED** on this __8th__ day of __April__, ~~2014~~ 2015 at San Francisco,
5 California.
6 Date: April __8__, 2015

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE