1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division

4  THOMAS M. NEWMAN (NYSBN 4256178)
   Assistant United States Attorney

5   11th Floor Federal Building
    450 Golden Gate Avenue, Box 36055

6   San Francisco, CA 94102
    Telephone:    (415) 436-6888

7   Fax:          (415) 436-7009

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  ERG AEROSPACE CORPORATION,          )   CASE NO. 13-2973 VC
                                        )
13          Plaintiff,                  )   STIPULATION AND [proposed] ORDER
                                        )   TO CONTINUE CASE MANAGEMENT
14      v.                              )   CONFERENCE
                                        )
15  UNITED STATES OF AMERICA,           )
                                        )
16          Defendant.                  )
                                        )
17  _____     )
    UNITED STATES OF AMERICA,           )
18                                      )
            Counterclaim-Plaintiff,     )
19                                      )
        v.                              )
20                                      )
    ERG AEROSPACE CORPORATION,          )
21  ENERGY RESEARCH & GENERATION,       )
    INC., individually, and d/b/a ERG   )
22  MATERIALS & AEROSPACE CORP.,        )
                                        )
23          Counterclaim-Defendants.    )
                                        )
24  _____     )

25      The parties, through their undersigned counsel, stipulate as follows:

26      1.  There is a case management conference scheduled for April 14, 2015.  The parties stipulate to

27          continue the case management conference until July 28, 2015, at 11 a.m. for two reasons.

28

                                        1

2. First, defendant's counsel was previously available on April 14, 2015, when this hearing was set. However, the date of a hearing in an unrelated bankruptcy matter was advanced, which requires defendant's counsel's attendance at a hearing in San Jose on April 14, 2015.

3. Second, the parties recently filed a stipulated judgment in this case resolving the amount of tax owed by Energy Research & Generation, Inc.  The parties are working on a stipulated injunction and addressing the remaining issue in the respective complaints.

4. The parties expect to resolve the remaining issues in this case before the next status conference and request a continuance on that basis.

DATED: April 6, 2015                                    Respectfully submitted,


                                                       MELINDA HAAG
                                                       United States Attorney


                                                        /s/
                                                       THOMAS M. NEWMAN
                                                       Assistant United States Attorney
                                                       Tax Division


                                                        _/s/__
                                                       JEFFREY SETNESS
                                                       Attorney for Plaintiff

1

2                                              ORDER

3          PURSUANT TO THE PARTIES' STIPULATION IT IS ORDERED that the case management

4    conference is continued to July 28, 2015.

5          IT IS SO ORDERED.

6

7

8

9    DATED: April 8, 2015

         THE HONORA                        IA
10       United States D

11

12                                         

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3